UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
MICHAEL SINCLAIR,

                Plaintiff,

-against-

SUNSET PLUMBING SUPPLY, INC.,

                Defendant.
----------------------------------------------------------x

03 CV 0751 (NG) (VVP)

ORDER

**GERSHON, United States District Judge:**

The unopposed recommendation that this case be dismissed for lack of prosecution, made on the record by Magistrate Judge Viktor V. Pohorelsky on March 30, 2005, is hereby adopted by the court. Pursuant to Federal Rule of Civil Procedure 41(b) and the court's inherent power, this case is dismissed. The Clerk of Court is directed to enter judgment for defendant.

                                    SO ORDERED.

                                      NINA GERSHON
                                      United States District Judge

Dated:      Brooklyn, New York
              May 2, 2005